IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br>*Plaintiff, pro se* | : CIVIL ACTION<br>:<br>: NO. 18-3723 |
| v. | : |
| FCS CAPITAL LLC, *et. al.*<br>*Defendants* | :<br>: |

# ORDER

**AND NOW**, this 5th day of September 2018, upon consideration of the *motion for permission for electronic case filing* filed by *Pro Se* Plaintiff James Everett Shelton ("Plaintiff"), [ECF 3], it is hereby **ORDERED** that Plaintiff's motion is **GRANTED**. Plaintiff shall register for ECF access pursuant to Local Rule 5.1.2(4)(b).

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*