Joshua L. Thomas, Esq.
Joshua L. Thomas & Associates
225 Wilmington-West Chester Pike, Suite 200
Chadds Ford, PA 19317
Phone: 215-806-1733
Fax: (888) 314-8910
Email: JoshuaLThomas@gmail.com
Atty ID# 312476

| | |
|---|---|
| JAMES EVERETT SHELTON<br><br>    Plaintiff<br><br>    v.<br><br>FCS CAPITAL LLC, ET AL.<br>        Defendants | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br><br>No.  2:18-03723-BIQA |

## **NOTICE OF APPEARANCE**

I, the undersigned attorney, hereby enter my appearance as trial counsel on behalf of Defendants FCS CAPITAL LLC, BARRY SHARGEL and EMIL YASHAYEV.

   /s/ Joshua Thomas_____
Joshua L. Thomas and Associates
Joshua Thomas Esq.
Supreme Court ID No. 003992012
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone: (215) 806-1733
Email: JoshuaLThomas@gmail.com

## **CERTIFICATION**

I, the undersigned attorney certify that I served a copy of this on Plaintiff, specifically:

James Everett Shelton
316 Covered Bridge Road
King of Prussia, Pa 19406

                                                                                     ___/s/ Joshua Thomas_____
                                                                    Joshua L. Thomas and Associates
                                                                    Joshua Thomas Esq.
                                                                    Supreme Court ID No. 312476
                                                                   225 Wilmington-West Chester Pike
                                                                   Suite 200
                                                                   Chadds Ford, PA 19317
                                                                   Phone: (215) 806-1733
                                                                   Email: JoshuaLThomas@gmail.com