James Everett Shelton
316 Covered Bridge Road
King of Prussia, PA 19406
(484) 626-3942
jeshelton595@gmail.com
Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**<br>　　　　**Plaintiff**<br>　　v.<br>**FCS CAPITAL LLC, EMIL YASHAYEV,**<br>**& BARRY SHARGEL**<br>　　　　**Defendants** | No. 2:18-cv-03723-NIQA |

### REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST FCS CAPITAL LLC, EMIL YASHAYEV, AND BARRY SHARGEL

Comes now JAMES EVERETT SHELTON, the Plaintiff Pro Se in this action, and hereby requests the clerk to enter a default against defendants FCS CAPITAL LLC, EMIL YASHAYEV, and BARRY SHARGEL on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: February 12, 2019　　　　　　　　　　　　　　*/s/ James Everett Shelton*
　　　　　　　　　　　　　　　　　　　　　　　　　　James Everett Shelton
　　　　　　　　　　　　　　　　　　　　　　　　　　316 Covered Bridge Road
　　　　　　　　　　　　　　　　　　　　　　　　　　King of Prussia, PA 19406
　　　　　　　　　　　　　　　　　　　　　　　　　　(484) 626-3942
　　　　　　　　　　　　　　　　　　　　　　　　　　jeshelton595@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　　Plaintiff, *Pro se*

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br><br>　　　　Plaintiff<br><br>　　v.<br><br>FCS CAPITAL LLC, EMIL YASHAYEV,<br>& BARRY SHARGEL<br>　　　　Defendants | No. 2:18-cv-03723-NIQA |

### CLERK'S ENTRY OF DEFAULT:

IT APPEARING that the amended complaint was filed in this case on November 13, 2018; that the summons and amended complaint were duly served upon defendants FCS CAPITAL LLC, EMIL YASHAYEV, and BARRY SHARGEL on November 14, 2018 and no answer or other pleading having been filed by said defendants,

NOW THEREFORE upon request of the Plaintiff, default is hereby entered against defendants FCS CAPITAL LLC, EMIL YASHAYEV, and BARRY SHARGEL as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: _____　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court (or deputy)