IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**<br>　　　　　**Plaintiff**<br>　　v.<br>**FCS CAPITAL LLC, EMIL YASHAYEV,<br>& BARRY SHARGEL**<br>　　　　　**Defendants** | No. 2:18-cv-03723-NIQA |

**AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

I, JAMES EVERETT SHELTON, declare under penalty of perjury that the following facts are true and correct to the best of my knowledge, information, and belief:

1. I am the Plaintiff Pro Se in this action.

2. A Complaint was filed in this case on August 30, 2018.

3. After Defendants appeared in this action and filed a Waiver of Service on September 24, 2018, the Court entered an Order on January 28, 2019 ordering Defendants to answer or otherwise respond to Plaintiff's Amended Complaint within fourteen (14) days. See ECF No. 16.

4. The deadline for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint was February 11, 2019.

5. Defendants FCS Capital LLC, Emil Yashayev, and Barry Shargel have not requested an extension of time with which to answer, move, or otherwise plead.

6. Defendants are therefore in a state of default, and the Clerk should enter default against defendants FCS Capital LLC, Emil Yashayev, and Barry Shargel.

Dated: 2/12/2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*James E. Shelton*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAMES EVERETT SHELTON