**James Everett Shelton**
**316 Covered Bridge Road**
**King of Prussia, PA 19406**
**(484) 626-3942**
**Jeshelton595@gmail.com**

**Plaintiff, Pro Se**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES EVERETT SHELTON** | ) | |
| Plaintiff, | ) | Civil Action |
| | ) | |
| v. | ) No. 2:18-cv-03723 |
| | ) | |
| **FCS CAPITAL LLC, et. al** | ) | |
| Defendants | ) | |

### CERTIFICATE OF SERVICE

I, James Everett Shelton, hereby certify that on February 12, 2019, I filed the foregoing with the Clerk of Court, which will automatically send notification of such filing to all attorneys of record by placing the same on the Court's electronic docket.

Dated: 2/12/2019                                                                 */s/ James Everett Shelton*
                                                                                                James Everett Shelton
                                                                                                316 Covered Bridge Road
                                                                                                King of Prussia, PA 19406
                                                                                                484) 626-3942
                                                                                                Jeshelton595@gmail.com
                                                                                                Plaintiff, Pro Se