AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| Jamie Shelton | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:18-cv-03723-NIQA |
| FCS Capital, LLC, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jamie Shelton                                                                                              .

Date:     02/14/2019

/s/ Clayton S. Morrow
*Attorney's signature*

Clayton S. Morrow 53521
*Printed name and bar number*
304 Ross Street
7th Floor
Pittsburgh, PA 15219

*Address*

csm@ConsumerLaw365.com
*E-mail address*

(412) 209-0656
*Telephone number*

(412) 386-3184
*FAX number*