**CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2019 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Pennsylvania, using the electronic case filing system of the court.

                                        /s/ Clayton S. Morrow
                                        Clayton S. Morrow