# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff* <br><br> v. <br><br> **FCS CAPITAL LLC, et al.** *Defendants* | **CIVIL ACTION** <br><br> **NO. 2:18-cv-03723** |

## ORDER

**AND NOW**, this 8th day of July, 2019, the pretrial conference in the above-captioned matter, initially scheduled for July 16, 2019, at 11:00 a.m., is hereby **RESCHEDULED** to July 16, 2019 at 2:30 p.m.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.