IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES SHELTON**<br><br>Plaintiff,<br>v.<br>**FCS CAPITAL LLC et al.**<br><br><br>Defendant. | Case No. 2:18-cv-02071-CFK<br><br>Hon. JOSHUA D. WOLSON |

**REO LAW, LLC**
By:  Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for James Shelton*

## ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

THIS MATTER came to be considered by the Court pursuant to the Plaintiff's Motion for Summary Judgment filed by Plaintiff in the above-captioned cause. The Court having considered the Motion and being fully advised of the premises, it is, therefore,

ORDERED and ADJUDGED:

1. That the Plaintiff's Motion for Summary Judgment is hereby granted.
2. A hearing on damages is set for _____.
3. Damages are determined as _____.

DONE AND ORDERED in Pennsylvania, Eastern District of Pennsylvania, this ____ day of _____, 2019.

_____

JOSHUA D. WOLSON- UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

Copies to:

Bryan Anthony Reo

Clay Morrow

Joshua Thomas