18IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff* <br><br> v. <br><br> **FCS CAPITAL LLC, ET AL.**, *Defendants* | Case No. 2:18-cv-03723-JDW |

# ORDER

**AND NOW**, this 9th day of October, 2019, in light of the Court's Order Striking Plaintiff's Motion for Summary Judgment (ECF No. 40), it is **ORDERED** that Defendants' Motion for an Extension of Time to file a response thereto (ECF No. 39) is **DENIED AS MOOT**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.