Joshua L. Thomas, Esq.
Joshua L. Thomas & Associates
225 Wilmington-West Chester Pike, Suite 200
Chadds Ford, PA 19317
Phone: 215-806-1733
Fax: (888) 314-8910
Email: JoshuaLThomas@gmail.com
Atty ID# 312476

| | |
|---|---|
| JAMES EVERETT SHELTON<br><br>Plaintiff<br><br>v.<br><br>FCS CAPITAL LLC, ET AL.<br>Defendants | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br><br>No. 2:18-cv-03723 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME PURSUANT TO F.R.C.P. 6(b)**

1. Defendants hereby request an extension of time to file their opposition to the amended motion for summary judgment docketed at 41.

2. Defendants' Counsel wants to make a clear and comprehensive opposition to the motion, including all document support and the responses to the alleged discovery requests in this matter.

3. We have been collecting up all responses and working with Defendants as quickly as possible, but because of several delays, the responses have not been as quick as needed to submit the response as of today.

4. Defendants will be meeting with Defendants' counsel to make sure everything is up to date for the response, and everything will be included to refute all of the alleged facts stated in the amended motion for summary judgment.

5. As such, we ask for an additionally 14 days from today until November 5, 2019 to file our response with all supporting Documentation.

6. As such, we ask this brief extension be granted.

7. There will be no further extensions needed after that.

8. We appreciate the court's understanding in this matter.

As such, Plaintiffs request that an extension of time be granted for the opposition to the currently pending motion until November 5, 2019.

Dated: October 22, 2019             ___/s/ Joshua Thomas_____
Joshua L. Thomas and Associates
Joshua Thomas Esq.
Supreme Court ID No. 003992012
225 Wilmington-West Chester Pike
Suite 200
Chadds Ford, PA 19317
Phone: (215) 806-1733
Email: JoshuaLThomas@gmail.com

| JAMES EVERETT SHELTON | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA |
|---|---|
| Plaintiff | |
| v. | |
| FCS CAPITAL LLC, ET AL.<br>Defendants | |
| | No. 2:18-cv-03723 |

**ORDER**

It is hereby ordered by the court, that Plaintiff shall have until November 5, 2019 to submit a response to the Motions for summary judgment.

_____

J.