# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff* <br><br> v. <br><br> **FCS CAPITAL LLC, ET AL.**, *Defendants* | Case No. **2:18-cv-03723-JDW** |

## ORDER

**AND NOW**, this 22nd day of October, 2019, upon consideration of Defendants' Motion for an Extension of Time (ECF No. 44), the Court notes as follows:

1) Defendants' response to Plaintiff's Motion for Summary Judgment is due today, the same day Defendants filed their motion for an extension;

2) Defendants' delay in seeking this extension is consistent with their pattern of inattentiveness to this litigation, as evidenced by the docket; and

3) Defendants have been on notice of the issues to be raised and the diligence to be done to prepare a response to Plaintiff's Motion for Summary Judgment for over a month, as Plaintiff first filed a motion on September 17, 2019.

In light of the foregoing, the Court **ORDERS** that Defendant's Motion (ECF No. 44) is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.