**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON : | |
| V. : | Civil Action |
| : | No: 2:18-cv-03723-JDW |
| FCS CAPITAL LLC, et al. : | |

DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, __FCS CAPITAL, LLC__, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

| 10/24/2019 | /s/ Joshua L. Thomas |
|---|---|
| Date | Signature |

Counsel for: __FCS CAPITAL, LLC__

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
  (a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
   (2) states that there is no such corporation.

  (b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2) promptly file a supplemental statement if any required information changes.