## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff* v. **FCS CAPITAL LLC, et al.**, *Defendants* | Case No. 2:18-cv-03723-JDW |

### ORDER

**AND NOW**, this 26th day of May, 2020, upon consideration of the Renewed Motion to Compel Post-Judgment Discovery Responses (ECF No. 54), it appearing that Plaintiff has received no response to his post-judgment discovery, it is **ORDERED** that, pursuant to Local R. Civ. P. 26(g), the Renewed Motion to Compel Post-Judgment Discovery Responses (ECF No. 54) is **GRANTED**.

It is **FURTHER ORDERED** that Defendants shall respond, without objection, to the Interrogatories attached as Exhibit B to the Motion (ECF No. 54-2) and the Requests for Production attached as Exhibit C to the Motion (ECF No. 54-3) on or before June 1, 2020.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.