| | |
|---|---|
| JAMES EVERETT SHELTON<br><br>Plaintiff<br><br>v.<br><br>FCS CAPITAL LLC, ET AL.<br>Defendants | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA<br><br><br><br>No. 2:18-03723-BIQA |

# Notice of Appeal

Plaintiff hereby files this "Notice of Appeal" to Order dated, 17th day of June, 2020, docketed at 61, denying Defendants' Renewed Motion To Reconsider And Defendants' Motion For Emergency Injunctive And Declaratory Relief

Respectfully Submitted,

Respectfully,

/s/ Joshua Thomas
Joshua Thomas
Joshua L. Thomas, Esq.
Joshua L. Thomas & Associates
225 Wilmington-West Chester Pike Ste 200
Chadds Ford, PA 19317
Phone: 215-806-1733
Fax: 888-314-8910
Email: JoshuaLThomas@gmail.com