# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff,* v. **FCS CAPITAL LLC, et al.**, *Defendants.* | Case No. 2:18-cv-03723-JDW |

## ORDER

**AND NOW**, this 17th day of June, 2020, upon consideration of Defendants' FCS Capital LLC, Emil Yashayev, Barry Shargell, (Defendants) Renewed Motion to Reconsider Pursuant to F.R.C.P. 60(b)(2) (ECF No. 56), it is **ORDERED** that, for the reasons stated in the accompanying Memorandum, the Motion is **DENIED**.

It is **FURTHER ORDERED** that, upon consideration of Defendants' Motion for Emergency Injunctive and Declaratory Relief (ECF No. 57), the Motion is **DENIED**.

                                                **BY THE COURT:**

                                                */s/ Joshua D. Wolson*
                                                JOSHUA D. WOLSON, J.