IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff,* v. **FCS CAPITAL LLC, et al.**, *Defendants.* | Case No. 2:18-cv-03723-JDW |

## ORDER

**AND NOW**, this 21st day of July, 2020, upon consideration of the Plaintiff's Motion for Sanctions per Rule 37 (ECF No. 65), Plaintiff's Motion for Contempt (ECF No. 64), and the response thereto (ECF No. 68), following a hearing with the Parties, and for the reasons stated in the accompanying memorandum, it is **ORDERED** that the Motions are **GRANTED.**

It is **FURTHER ORDERED** that, within seven days of this order, Plaintiff shall file a fee petition that documents the reasonable attorney's fees and costs he incurred in connection with getting Defendants to comply with the discovery he initially served on April 1, 2020 and April 2, 2020. Defendants may respond to the amount of requested attorney's fees and costs within fourteen (14) days of Plaintiff's submission.

It is **FURTHER ORDERED** that, in light of Defendants' continued noncompliance with this Court's Order compelling Defendants to respond to Plaintiff's post-judgment discovery without objection (ECF No. 55), Defendants shall pay into the Court's registry a sanction of $100 per day from the date of this decision until the Defendants either comply with the Court's Order (ECF No. 55) or post a bond pursuant to Fed. R. Civ. P. 62.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.