1. Emil Yashayev, 26, 30 Montgomery Street, Suite 1200 Jersey City NJ 07302
2. N/A
3. N/A
4. N/A
5. ALONE
6. N/A
7. SELF EMPLOYED
8. N/A
9. N/A
10. N/A
11. N/A
12. N/A
13. N/A
14. 30 MONTGOMERY STREET, JERSEY CITY NJ, 07302, NO INCOME AS OF NOW DUE TO THE GLOBAL PANDEMIC
15. N/A
16. N/A
17. N/A
18. CURRENTLY NO INCOME
19. IM ALONE IN MY HOUSE HOLD AND HAVE NO INCOME
20. I DON'T PAY RENT
21. N/A
22. NO I DON'T OWN PROPERTY
23. N/A
24. N/A
25. N/A
26. N/A
27. N/A
28. I DON'T OWN ANYTHING
29. N/A
30. I DON'T HAVE ANY PENSION OR 401K
31. ONLY A CHECKING ACCOUNT, CURRENTLY I HAVE LESS THAN $100 IN IT
32. N/A
33. N/A
34. N/A
35. N/A
36. NO
37. N/A
38. N/A
39. N/A
40. N/A
41. N/A

42. N/A
43. N/A
44. N/A
45. N/A
46. N/A
47. N/A
48. N/A
49. N/A
50. N/A
51. N/A
52. N/A
53. NO
54. N/A
55. NO
56. N/A
57. N/A
58. NO
59. N/A
60. N.A
61. N/A
62. N/A
63. N.A
64. N/A

EMIL YASHAYEV