1. NAME Barry G. Shargel
   ADDRESS 68 Scott Avenue Staten Island, NY 10305
   NUMBER 917-657-7340
   SOCIAL ███████████

2. NONE

3. NAME: Marina Shargel
   AGE: 36
   ADDRESS: 68 Scott Avenue Staten Island, NY 10305

   NAME: Shane Shargel (SON)
   AGE: 2
   ADDRESS: 68 Scott Avenue Staten Island, NY 10305

   NAME: Ariana Shargel (DAUGHTER)
   AGE: 11 Months
   ADDRESS: 68 Scott Avenue Staten Island, NY 10305

4. NO QUESTION

5. Marina Shargel, Shane Shargel, Ariana Shargel

6. NONE

7. Director of Customer Relations

8. NONE

9. Touro College 2002 – 2006 Bachelors Degree

10. NONE

11. NONE

12. NONE

13. NO

14. FCS Capital, LLC 30 Montgomery Street Jersey CITY, NJ 07302

15. Not available at this time

16. Not available at this time

17. 2016 $44,589
    2017 $27,188
    2018 $35,136

2019 $34,182

18. $3,500

19. $5,000

20. Yes. 68 Scott Avenue Staten Island, NY 10305 $700 a month Marina V.

21. NO

22. NO

23. NO

24. NO

25. NO

26. NO

27. NO

28. Not available at this time

29. NO

30. NONE

31. Yes TD BANK

32. NO

33. NO

34. NO

35. NO

36. NO

37. NO

38. NO

39. NO

40. NO

41. NO

42. NO

43. NO

44. NO

45. NO

46. NONE

47. NONE

48. NO

49. YES

50. NO

51. NO

52. Not available at this time

53. NO

54. Yes

55. NO

56. NO

57. Not available at this time

58. NO

59. Bshargel@gmail.com

60. NO

61. Bshargel@gmail.com

62. NO

63. NO

64. NO

*Barry Shargel* —