FIN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JAMES EVERETT SHELTON**,

  *Plaintiff,*

v.

**FCS CAPITAL LLC, et al.**,

  *Defendants.*

Case No.  2:18-cv-03723-JDW

## ORDER

**AND NOW**, this 1st day of September, 2020, upon consideration of Plaintiff's Petition for Fees Pursuant to FRCP 37 (ECF No. 75), the Court notes that Defendants have not responded or objected, and the Court therefore finds as follows:

 1. Plaintiff is entitled to an award of attorneys' fees pursuant to this Court's Order dated July 21, 2020 (ECF No. 73);

 2. Plaintiff's counsel expended a total of 28.12 hours in connection with work seeking compliance with the discovery in aid of execution that Plaintiff served on April 1, 2020, and April 2, 2020;

 3. The amount of time that Plaintiff spent on each task is reasonable;

 4. Plaintiff's counsel's rate of $250/hour is reasonable; and

 5. Plaintiff is entitled to fees in the amount of $7,029.08

Therefore, it is **ORDERED** that the Petition for Fees Pursuant to FRCP 73 (ECF No. 75) is **GRANTED**. It is **FURTHER ORDERED** that, on or before September 15, 2020, Defendants

shall pay to Plaintiff the total of $7,029.08. Defendants shall provide to the Court proof of payment by means of a sworn declaration or affidavit that attaches proof of payment.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.