**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff,* v. **FCS CAPITAL LLC, et al.**, *Defendants.* | Case No. 2:18-cv-03723-JDW |

## ORDER

**AND NOW**, this 8th day of September, 2020, it is **ORDERED** that the Court will hold a hearing on September 24, 2020, at 2:00 p.m., via telephone conference, on the pending Motion for Sanctions Against Defendants for Failure to Produce Documents as Required by Court's May 26, 2020 Order (ECF No. 79). The Court's staff will provide the parties with the dial-in information closer to the scheduled hearing date.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.