**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES SHELTON** | Case No. 2:18-cv-03723 |
| | Hon. JOSHUA D. WOLSON |
| Plaintiff, | |
| v. | |
| **FCS CAPITAL LLC et al.** | |
| Defendant. | |

**REO LAW, LLC**
By: Bryan Anthony Reo
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E): Reo@ReoLaw.org
*Attorney for James Everett Shelton*

## PLAINTIFF'S MOTION FOR CONTINUANCE

Plaintiff respectfully requests the hearing set on Plaintiff's Motion for Sanctions, presently set for hearing on 9/24/2020 [ECF No. 80], be continued on the basis of the unavailability of Plaintiff's Counsel at that date and time. Plaintiff's Counsel will be attending a three day rifle course in a remote rural county of Appalachian Ohio, with said course and hotel having already been paid for, and the reservation having been made in January of 2020. Plaintiff's Counsel will not have sufficient telecommunications service for the conducting of a telephonic conference on 9/24/2020.

Plaintiff's Counsel has conferred with Defense Counsel who does not object to a continuance. Plaintiff's Counsel provided Defense Counsel with the date range of September 25

to October 6, with Defense Counsel responding that the date range provided is agreeable and open for him with the exception of October 2 in that range. Plaintiff's Counsel therefore respectfully requests the Court to continue the hearing to one of the following; September 25, September 28, September 29, September 30, October 1, October 5, or October 6, of 2020.

                RESPECTFULLY SUBMITTED,

                /s/ BRYAN ANTHONY REO_____
                **REO LAW LLC**
                By:  Bryan Anthony Reo (#0097470)
                P.O. Box 5100
                Mentor, OH 44061
                (Business):  (216) 505-0811
                (Mobile):  (440) 313-5893
                (E):  Reo@ReoLaw.org
                *Attorney for Plaintiff James Everett Shelton*

# Certificate of Service

I, Bryan Anthony Reo, do hereby certify and affirm that a true and accurate copy of the foregoing document was submitted to the Court's Electronic Filing System on September 10, 2020, which should serve said document upon all attorneys of record for the instant civil action:

/s/ BRYAN ANTHONY REO_____
**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business):  (216) 505-0811
(Mobile):  (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff James Shelton*