# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff,* v. **FCS CAPITAL LLC, et al.**, *Defendants.* | Case No. 2:18-cv-03723-JDW |

## ORDER

**AND NOW**, this 22nd day of September, 2020, it is **ORDERED** that the scheduled telephone conference on September 29, 2020 at 10:00 am EDT, on the pending Motion for Sanctions Against Defendants for Failure to Produce Documents as Required by Court's May 26, 2020 Order (ECF No. 79), will be held as a video hearing via Zoom.

The Court's staff will provide the parties with technical details for the video conference. In light of the challenges of conducting the hearing remotely, and to facilitate an orderly record, the Court will conduct the hearing according to the following protocol:

1. Each party must designate one lawyer who will argue the pending Motion. Each party must provide to the Court via email to Chambers_of_Judge_Wolson@paed.uscourts.gov with a list of all lawyers who will participate in the hearing and the designated lawyer to argue for each side on or before September 28, 2020, at noon EDT;

2. Any party that intends to present documentary evidence that is not already part of the public record or to use any demonstrative exhibit (*e.g.*, PowerPoint slides) must email all such evidence and exhibits to the Court and all opposing counsel on or before September 25, 2020, at 3:00 p.m. EDT;

      3.      Any lawyer or participant not designated to argue the Motion must keep his or her microphone on mute; and

      4.      In order to preserve the record, lawyers should speak only when the Court give them the opportunity, either by directing a question to them or inviting them to make an argument. During the hearing, counsel should expect to answer questions from the Court. At the conclusion of the Court's questions, each side will have a brief opportunity to make additional arguments that the Court's questions did not cover.

                              **BY THE COURT:**

                              */s/ Joshua D. Wolson*
                              JOSHUA D. WOLSON, J.