**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff,* v. **FCS CAPITAL LLC, et al.**, *Defendants.* | **Case No. 2:18-cv-03723-JDW** |

# ORDER

**AND NOW**, this 24th day of September, 2020, it is **ORDERED** that Defendants' Opposition to Plaintiff's Motion for Sanctions and their Motion for Protective Order Regarding Discovery and Stay Further Collection Efforts (ECF No. 86) is **STRICKEN** for failure to comply with the requirements for e-filing exhibits as set forth in Section I.C.1 of Judge Wolson's Policies and Procedures. Defendants may submit conforming filings by September 25, 2020.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.