IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, <br><br> *Plaintiff,* <br><br> v. <br><br> **FCS CAPITAL LLC, et al.**, <br><br> *Defendants.* | **Case No. 2:18-cv-03723-JDW** |

## ORDER

**AND NOW**, this 2nd day of October, 2020, upon consideration of Defendants' Motion for Protective Order Regarding Discovery and Stay Further Collection Efforts (ECF No. 88), and for the reasons set forth on the record during the video conference with counsel for the Parties, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.