IN THE FEDERAL DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON

: Case No. 2:18-cv-03723-JDW

v.

FCS CAPITAL ET AL.    : CERTIFICATION

CERTIFICATION

The undersigned, Lionel Artom-Ginzburg, Esquire, does certify that he has turned over financial documents responsive to the Order of October 2, 2020 to Plaintiff's Counsel Bryan Reo, Esquire, on this date. Certifications of Mr. Yashayev and Mr. Shargel are affixed to this Certification.

_____

LIONEL ARTOM-GINZBURG, ESQUIRE
PA Attorney ID#88644
Law Offices of Lionel Artom-Ginzburg
The Franklin
834 Chestnut Street, Suite 206
Philadelphia, PA 19107
(215) 925-2915
(267)-930-3934 FAX
lionel@artom-ginzburg.com

October 5, 2020