

**RingCentral**    Case 2:18-cv-03723-JDW   Document 102-1   Filed 10/09/20   Page 1 of 1    (888) 314-8910 | Support | Log Out

Overview    Messages    Call Log    Contacts    Settings    Billing    More                                        ℝ    🗊



| ↓ Inbox | | Search Messages | 🔍 | Status: All | ⌄ | |
|---|---|---|---|---|---|---|
| ↑ Outbox | | | | | | |

⊘ Mark Read    ⊠ Mark Unread    🗑 Delete    ⊘ Block

| ☐ | Priority | From | Message | Received | ⌃ | Actions |
|---|---|---|---|---|---|---|
| ☐ | | (732) 449-7008<br>Add Contact | 📭 1 page | Tue 09/22/2020 11:03 AM | | ⋮ |
| ☐ | | (973) 625-5152<br>Add Contact | 📭 1 page | Thu 09/17/2020 3:28 PM | | ⋮ |
| ☐ | | (302) 503-3051<br>Add Contact | 📭 4 pages | Wed 09/16/2020 4:18 PM | | ⋮ |
| ☐ | | (888) 294-5658<br>Add Contact | 📭 4 pages | Tue 09/08/2020 9:20 AM | | ⋮ |
| ☐ | | (973) 200-0803<br>Add Contact | 📭 5 pages | Mon 09/07/2020 4:57 PM | | ⋮ |
| ☐ | | (215) 342-0906<br>Add Contact | 📭 14 pages | Sat 09/05/2020 11:19 AM | | ⋮ |
| ☐ | | (302) 503-3051<br>Add Contact | 📭 2 pages | Tue 09/01/2020 11:24 AM | | ⋮ |
| ☐ | | (302) 503-3051<br>Add Contact | 📭 8 pages | Tue 08/25/2020 1:04 PM | | ⋮ |
| ☐ | | (973) 373-0372<br>Add Contact | 📭 15 pages | Mon 08/17/2020 3:57 PM | | ⋮ |
| ☐ | | **(973) 373-0372**<br>**Add Contact** | 📭 1 page | Mon 08/17/2020 3:52 PM | | ⋮ |

Total: 198                                        Show:  10  ⌄    ‹ ① 2 3 4 5 6 7 … 20 ›

Legal  Privacy
© 1999 – 2020 RingCentral Intellectual Property.
All rights reserved. RingCentral and the RingCentral logo are trademarks of RingCentral, Inc.