IN THE FEDERAL DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON                       :
                                            :  Case No.  2:18-cv-03723-JDW
                                            :
                                            :
v.                                          :
                                            :
FCS CAPITAL ET AL.                          :

## EX PARTE REPLY TO MOTION FOR CONTEMPT [ECF 102]

1. It is my sad duty to inform the Court, pursuant to Pennsylvania Rule of Professional
   Conduct 3.3 (Candor to the Tribunal), that Mr. Thomas is again misleading this
   Honorable Court, this time regarding his receipt of faxes I sent to him on 10/2/20 and
   10/7/20.

2. Attached please find confirmations of delivery for the faxes sent to his listed fax number
   on the Pennsylvania Disciplinary Board website, attached hereto as Exhibit "A."

Respectfully submitted,

_____/s_____
LIONEL ARTOM-GINZBURG, ESQUIRE
PA Attorney ID#88644
Law Offices of Lionel Artom-Ginzburg
The Franklin
834 Chestnut Street, Suite 206
Philadelphia, PA 19107
(215) 925-2915
(267)-930-3934 FAX
lionel@artom-ginzburg.com

October 9, 2020

EXHIBIT "A"

Fax confirmation sheets, 10/2 and 10/7/2020

**Evan Shingles**

| | |
|---|---|
| **From:** | Evan Shingles |
| **Sent:** | Friday, October 2, 2020 3:25 PM |
| **To:** | 'Lionel Artom-Ginzburg' |
| **Subject:** | FW: Successful transmission to 18883148910. Re: Letter |

Maryanne Meyer
Paralegal

ShinglesLaw
834 Chestnut St., Ste 206
Philadelphia, PA 19107

(215) 925-2915
Fax: (267) 930-3934

shingleslaw@shingleslaw.com
www.shingleslaw.com

**From:** send@mail.efax.com <send@mail.efax.com>
**Sent:** Friday, October 2, 2020 3:24 PM
**To:** Shingles Law <shingleslaw@shingleslaw.com>
**Subject:** Successful transmission to 18883148910. Re: Letter

# eFax

Your fax was successfully sent to 18883148910 by eFax.

### Fax Details

**Date:** 2020-10-02 19:23:54 (GMT)
**Number of Pages:** 2
**Length of Transmission:** 69 seconds
**Receiving Machine Fax ID:** HFR

Mobile Apps       

## Evan Shingles

| | |
|---|---|
| **From:** | send@mail.efax.com |
| **Sent:** | Wednesday, October 7, 2020 4:27 PM |
| **To:** | Shingles Law |
| **Subject:** | Successful transmission to 18883148910. Re: |



Your fax was successfully sent to 18883148910 by eFax.

### Fax Details

**Date:** 2020-10-07 20:26:58 (GMT)
**Number of Pages:** 1
**Length of Transmission:** 50 seconds
**Receiving Machine Fax ID:** HFR

Mobile Apps  

© 2020 J2 Global, Inc. or its affiliates (collectively, "J2"). All rights reserved.
eFax is a registered trademark of J2.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the eFax Customer Agreement.