IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>    *Plaintiff,*<br><br>  v.<br><br>FCS CAPITAL LLC, et al.,<br><br>    *Defendants.* | Case No.  2:18-cv-03723-JDW |
| JACOVETTI LAW, P.C., *et al.*,<br><br>    *Plaintiffs,*<br><br>  v.<br><br>JAMES EVERETT SHELTON, *et al.*,<br><br>    *Defendants.* | Case No. 2:20-cv-00163-JDW |

## ORDER

**AND NOW**, this 13th day of October, 2020, upon receipt of a stipulation from the Parties requesting that the evidentiary hearing to resolve questions of attorney Joshua Thomas' compliance with the Court's Orders be conducted virtually, it is **ORDERED** that the hearing will be held via video conference on October 30, 2020 at 9:30 a.m.  It is **FURTHER ORDERED** that (a) Joshua Thomas; (b) Emil Yashayev; (c) Barry Shargel; and (d) Robert Jacovetti shall each attend the hearing.

The Court's staff will provide the Parties with technical details for the video conference. In light of the challenges of conducting the hearing remotely, and to facilitate an orderly record, the Court will conduct the hearing according to the following protocols:

1. Each Party must designate one lawyer who will speak during the hearing. If Mr. Thomas will be represented by separate counsel, he shall do the same.  Each party must provide to

the Court via email to Chambers_of_Judge_Wolson@paed.uscourts.gov with a list of all lawyers who will participate at the hearing and the designated lawyer to argue for each side on or before October 27, 2020, at 3:00 p.m. EDT;

2. Each Party shall submit a list of witnesses that it intends to call at the hearing and the subject matter to which each witness will testify, to the Court and all opposing counsel via email on or before October 27, 2020, at 3:00 p.m. EDT;

3. Any Party that intends to present documentary evidence that is not already part of the public record (*e.g.*, correspondence between Mr. Thomas and his clients, correspondence among or between Messrs. Thomas, Reo and/or Artom-Ginzburg, or Mr. Thomas' time records) or any demonstrative exhibits (*e.g.*, PowerPoint slides) must email all such evidence and exhibits to the Court and all opposing counsel on or before October 27, 2020, at 3:00 p.m. EDT;

4. Any lawyer or participant not designated to speak during the hearing must keep his or her microphone on mute; and

5. In order to preserve the record, lawyers and/or the Parties should speak only when the Court gives them the opportunity, either by directing a question to them or inviting them to make an argument. During the hearing, counsel should expect to answer questions from the Court.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.