IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON
    Plaintiff

v.

FCS CAPITAL LLC, ET AL.
    Defendants

No.   2:18-cv-03723-JDW

## MOTION TO WITHDRAW AS COUNSEL

AND NOW, comes the Defendants' counsel, Joshua Thomas, Esquire, and respectfully represents as follows:

1. This case was filed on 8/39/2018.

2. While this case is currently on appeal, it has become apparent given the appearance of Lionel Camillo Artom-Ginzburg, his apparent discussions with the opposing counsel, his assertions in the documents submitted since October 5, 2020 and his ongoing representation of Defendants, along with their complete lack of discussion with myself as previously stated, that counsel cannot continue to represent Defendants at this time.

3. No party will be prejudiced with the granting of the motions.

WHEREFORE, Joshua Thomas, respectfully requests that this Honorable Court permit counsel to withdraw at this time.

Date:  October 14, 2020

                                    Respectfully submitted,

                                     /s/ Joshua Thomas
                                     Joshua Thomas, Esquire

Case 2:18-cv-03723-JDW   Document 108   Filed 10/14/20   Page 2 of 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON
    Plaintiff

v.

FCS CAPITAL LLC, ET AL.
    Defendants

No.   2:18-cv-03723-JDW

## ORDER

AND NOW, to wit this _____ day of _____, 2019, it is hereby ORDERED and DECREED, that the motion to withdraw is granted and Joshua L. Thomas, Esq. is removed as counsel for all Defendants.

_____
J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES EVERETT SHELTON
    Plaintiff

v.

FCS CAPITAL LLC, ET AL.
    Defendants

No.   2:18-cv-03723-JDW

## **CERTIFICATE OF SERVICE**

I, Joshua Thomas, Esquire, hereby certify that a true and correct copy of the attached pleadings were sent to all parties, by regular mail and/or electronic means.

Date:  October 14, 2020

        Respectfully submitted,

         /s/ Joshua Thomas
        Joshua Thomas, Esquire