# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES EVERETT SHELTON**, *Plaintiff,* v. **FCS CAPITAL LLC, et al.**, *Defendants.* | Case No. 2:18-cv-03723-JDW |

## ORDER

**AND NOW**, this 15th day of October, 2020, upon consideration of Plaintiff's Motion For the Court to Hold Defendants In Contempt (ECF No. 89), and for the reasons set forth on the record during the video conference with counsel for the Parties, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.