IN THE FEDERAL DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON | : |
| | : Case No. 2:18-cv-03723-JDW |
| | : |
| | : |
| v. | : |
| | : |
| FCS CAPITAL ET AL. | : |

PRAECIPE TO SUPPLEMENT/ATTACH

To the Clerk of Court:

    Kindly attach the following Supplement to the Joint Rule to Show Cause filed October 9, 2020 [ECF 103] and forward to Judge Wolson.

Respectfully submitted,

_____/s_____
LIONEL ARTOM-GINZBURG, ESQUIRE
For Defendants
PA Attorney ID#88644
Law Offices of Lionel Artom-Ginzburg
The Franklin
834 Chestnut Street, Suite 206
Philadelphia, PA 19107
(215) 925-2915
(267)-930-3934 FAX
lionel@artom-ginzburg.com

October 16, 2020