# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-2357

James Shelton v. FCS Capital LLC, et al

(U.S. District Court No.: 2-18-cv-03723)

## ORDER

    In accordance with the motion by the appellants in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   October 27, 2020
SLC/cc:   Ms. Kate Barkman,
Bryan Reo, Esq.
Joshua L. Thomas, Esq.

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate