# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>*Plaintiff,*<br><br>v.<br><br>FCS CAPITAL LLC, et al.,<br><br>*Defendants.* | Case No. 2:18-cv-03723-JDW |
| JACOVETTI LAW, P.C., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JAMES EVERETT SHELTON, *et al.*,<br><br>*Defendants.* | Case No. 2:20-cv-00163-JDW |

## ORDER

**AND NOW**, this 4th day of November, 2020, following an evidentiary hearing on the Joint Motion for Rule to Show Cause (ECF No. 103), and for the reasons set forth on the record, it is **ORDERED** as follows:

1. The Joint Motion for Rule to Show Cause (ECF No. 103) is **DENIED AS MOOT**, given the hearing that took place in open court today;

2. Attorney Joshua L. Thomas shall order a copy of the transcript of today's hearing on or before November 6, 2020;

3. Effective today, and until November 4, 2021, Mr. Thomas shall not file any new matter in the United States District Court for the Eastern District of Pennsylvania, including the United States Bankruptcy Court for the Eastern District of Pennsylvania, without obtaining prior

approval from the undersigned, upon a showing of good cause and appropriate client authorization; and

4.  Defendants in *Shelton v. FCS Capital LLC*, No. 2:18-cv-03723-JDW shall file their response to Plaintiff James Shelton's Petition for Fees Pursuant to Federal Rule of Civil Procedure 37 (ECF No. 101) on or before November 20, 2020.

In light of the factual findings set forth on the record during today's hearing, the Court will send a copy of the hearing transcript, along with other relevant documents, to the governing disciplinary committee of each and every state bar and federal court in which Mr. Thomas is licensed or admitted to practice law, along with a letter recommending that the committee investigate what has transpired in this matter.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.