# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON,<br><br>*Plaintiff,*<br><br>v.<br><br>FCS CAPITAL LLC, *et al.*,<br><br>*Defendants.* | Case No. 2:18-cv-03723-JDW |
| JACOVETTI LAW, P.C., *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JAMES EVERETT SHELTON, *et al.*,<br><br>*Defendants.* | Case No. 2:20-cv-00163-JDW |

## ORDER

**AND NOW**, this 10th day of November, 2020, it is **ORDERED** that Paragraph 3 of this Court's Order dated November 4, 2020 (ECF No. 114) is **AMENDED** to read as follows: "Effective today, and until November 4, 2021, in the event that Mr. Thomas initiates any new action in this Court (via Complaint, Notice of Removal, miscellaneous action, etc.), the Clerk of Court shall receive and docket the filing and send it to the undersigned for review."

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.