**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| JAMES EVERETT SHELTON | : | No. 2:18-cv-03723-JDW |
| Plaintiff | : | |
| v. | : | |
| FCS CAPITAL LLC, BARRY SHARGEL, & EMIL YASHAYEV | : | |
| Defendants | : | |

### NOTICE OF SATISFACTION OF JUDGMENT:

Plaintiff/Judgment Creditor JAMES EVERETT SHELTON, by the undersigned counsel of record, hereby provides notice that the Judgment entered on December 11, 2019 in favor of Plaintiff JAMES EVERETT SHELTON and against Defendants FCS CAPITAL LLC, BARRY SHARGEL, and EMIL YASHAYEV, jointly and severally, in the amount of **$54,000.00** has been fully paid and satisfied.

**Dated: January 8, 2021**

/s/ Bryan A. Reo
Bryan A. Reo, Esq.
P.O. Box 5100
Mentor, OH 44061
(T):  (216) 505-0811
(E):  reo@reolaw.org
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Bryan A. Reo, affirm that I am an attorney of record for a party to the above-captioned civil action, and on January 8, 2021, I submitted the foregoing to the Clerk of Court's Electronic Filing System, which should automatically provide notification to all attorneys of record that said filing has been submitted.

Dated:  January 8, 2021

/s/ Bryan A. Reo
Bryan A. Reo, Esq.
P.O. Box 5100
Mentor, OH 44061
(T):  (216) 505-0811
(E):  reo@reolaw.org
*Attorney for Plaintiff*