**REO LAW LLC**
By:  Bryan Anthony Reo (#0097470)
P.O. Box 5100
Mentor, OH 44061
(Business): (216) 505-0811
(Mobile): (440) 313-5893
(E):  Reo@ReoLaw.org
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES EVERETT SHELTON<br>Plaintiff<br>v.<br>FCS CAPITAL LLC, BARRY SHARGEL, & EMIL YASHAYEV<br>Defendants | No. 2:18-cv-03723-JDW |

### NOTICE OF SATISFACTION OF ATTORNEY FEE ORDER (ECF NO. 77)

Plaintiff/Judgment Creditor JAMES EVERETT SHELTON, by the undersigned counsel of record, hereby provides notice that the Court's Order Granting Plaintiff's Petition for Fees in the amount of **$7,029.08**, entered September 1, 2020 (ECF No. 77) has been fully paid and satisfied.

Dated: January 8, 2021

/s/ Bryan A. Reo
Bryan A. Reo, Esq.
P.O. Box 5100
Mentor, OH 44061
(T):  (216) 505-0811
(E):  reo@reolaw.org
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Bryan A. Reo, affirm that I am an attorney of record for a party to the above-captioned civil action, and on January 8, 2021, I submitted the foregoing to the Clerk of Court's Electronic Filing System, which should automatically provide notification to all attorneys of record that said filing has been submitted.

Dated:  January 8, 2021

/s/ Bryan A. Reo
Bryan A. Reo, Esq.
P.O. Box 5100
Mentor, OH 44061
(T):  (216) 505-0811
(E):  reo@reolaw.org
*Attorney for Plaintiff*